# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 24, 2020**

SEAN F. McAVOY, CLERK

MARIA M.,

   *Plaintiff*

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

   *Defendant*

Civil Action No. 4:19-cv-05129-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED. The matter is REVERED and REMANDED to the Commissioner of Social Security for immediate calculation and award of benefits.
Defendant's Motion for Remand, ECF No. 21, is DENIED.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on motion for summary judgment (ECF No. 14) and motion for remand (ECF No. 21).

Date: February 24, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
   *(By) Deputy Clerk*

Angela Noel